Exhibit A to the Complaint

**Location:** Irving, TX  
**Total Works Infringed:** 37

**IP Address:** 47.188.170.133  
**ISP:** Frontier Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D6A520CBA1496A56CC315653E5D7CDC1A01D5A93<br>File Hash:<br>E9D3987513133A3082D362EAC91434BD39CE342EA5A4820A8ADFAB67950516F3 | 09/16/2024<br>17:51:17 | Blacked Raw | 09/09/2024 | 09/17/2024 | PA0002490318 |
| 2 | Info Hash: 78D7567CE06384C845FE282682084C645085ABB0<br>File Hash:<br>C1820F3AED976D150A0D16A1C70E9FD4A526010812CAB0AD4245DC99BD3437A1 | 09/16/2024<br>17:47:23 | Blacked | 09/10/2024 | 09/17/2024 | PA0002490365 |
| 3 | Info Hash: 0663A355538C371C23984EAD18EC85659D5B9994<br>File Hash:<br>55B3401DB3736D396C96A129B797EBDDA8DF26C8B94FC42D73B68EEA980F0F36 | 09/16/2024<br>17:45:31 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 4 | Info Hash: B8A96B8532913AB5844A47E52578684F34C240CC<br>File Hash:<br>737B8EA3F2C062DCF4C79FCADB5BEC9E219B602320B392BD2AA4A7DD3FE2C94E | 09/16/2024<br>17:44:44 | Blacked | 09/05/2024 | 09/17/2024 | PA0002490366 |
| 5 | Info Hash: 14AC0C41E8CA90A91F8CB87E0BE5E432F042DBF9<br>File Hash:<br>8A8FC52603E515304B8FA3A5A204B6B52115A6D62E8CC48BF1B920C6D9D0FBEE | 08/31/2024<br>17:13:02 | Blacked | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 6 | Info Hash: 5E988EDC3A1A6B6B1FF594CCFD6E6E00D7D7039F<br>File Hash:<br>7AD9BBE753D0FF9A76BD8F41302BBD7E8C37D0600D249E25FA45092799AD0DA2 | 08/31/2024<br>17:04:12 | Blacked | 08/26/2024 | 09/17/2024 | PA0002490359 |
| 7 | Info Hash: 944AA4F3131A830251169D08769451909B258930<br>File Hash:<br>6AC1BB34AB32B961C693C2D0173428CDBAE0B08A63D61300D93DB91757C28E0C | 08/31/2024<br>01:20:15 | Blacked Raw | 04/29/2024 | 05/07/2024 | PA0002469677 |
| 8 | Info Hash: B7508DEABC0AFF43AFE499039AD6E69A89BCDE0C<br>File Hash:<br>7FB89A0E35AA2B56412D6DD32FEA890FD9656CE00F155709A88CACE0845E1BD1 | 08/31/2024<br>01:17:12 | Blacked | 08/16/2024 | 09/17/2024 | PA0002490360 |
| 9 | Info Hash: 8180705B297582E7652CE83A9F1E7FAB9DB95351<br>File Hash:<br>B02554E2DD63FDB49A79B7FB1F462BDD2D1560457385D8446C76AEAC17D4F55C | 08/31/2024<br>01:14:13 | Blacked | 08/21/2024 | 09/17/2024 | PA0002490358 |
| 10 | Info Hash: DD663305DB3A53ABC84F5F0E07D956414C17C534<br>File Hash:<br>040781E6DD87663D4D158772811B7D0000785BF673BAA1E88BC2EF51383E89E2 | 08/27/2024<br>17:54:17 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 11 | Info Hash: 1D34460D3AA3F453A537FDA25EC22480DB2DAA8E<br>File Hash:<br>E8389E3F9E0270A6F8F4751B1F41DEF116D571DBBEB963739C11E1723D733606 | 08/27/2024<br>17:53:17 | Vixen | 07/26/2024 | 08/15/2024 | PA0002484850 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 6ABFC9401487EF2799B7110B12B77BD56DE37C79<br>File Hash: 81E076BE6926936D5CE681F90F0E927C7CDD3D28DAF0012DB2DD1CA1E0531008 | 08/20/2024 18:23:45 | Blacked | 05/03/2024 | 05/08/2024 | PA0002469808 |
| 13 | Info Hash: BEEDAD4F8E5E50AB34F5E7C5057929CA2BA3BC37<br>File Hash: DCD3E61EBC8BF482330970165C750036438BEF141644D5C1EB55F5B45D82A50E | 08/20/2024 18:16:39 | Blacked | 05/08/2024 | 06/18/2024 | PA0002476746 |
| 14 | Info Hash: 1B123841F3A58718A6DC9BBC3D6B6F487F65C3FD<br>File Hash: 310E352B2B174BD2D9FE4A39F6E97C9FFBE8CF5998ECAF1F9D86081DE7017F08 | 08/20/2024 18:08:06 | Blacked | 05/13/2024 | 06/18/2024 | PA0002476744 |
| 15 | Info Hash: 36389E6032620A6917ABAA13B49D856DE273E555<br>File Hash: 0B774F258C1D635923F4AB138F8D80B786EC5672488AEED7537767C9C0951356 | 08/20/2024 18:02:36 | Blacked | 05/18/2024 | 06/18/2024 | PA0002476745 |
| 16 | Info Hash: B3C1912A95951C370A91539325177A691F37C736<br>File Hash: 2904A35C726A5B6B63ACE333760FA80B7ADB018F18F675FCBC60C661206C04C5 | 08/20/2024 18:01:06 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 17 | Info Hash: 0FF6239764C6823D004E5563B48A92B73B656294<br>File Hash: 8F3CF45BC667F9FF485AFED93077ADA2A703E76526D11886E2BD645BC25DE31E | 08/19/2024 01:09:58 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 18 | Info Hash: 421775BE395B2B6AC1FCE775C7DA5639213C2290<br>File Hash: EE6378E4748FF33F60AD00EDECD8B9B0AB74E158D9DBACE1427E8712ED98791C | 08/19/2024 01:09:51 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 19 | Info Hash: 955FDE4C3DEEA861493B6819DE5D24129D75396B<br>File Hash: 501F9AC619E83D11044CE516DAB307EAE6628DD2B8BBFF00E403D049F55B9250 | 08/16/2024 13:07:04 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 20 | Info Hash: 9CEC0ACAB6C0C9FBC2D38A1C725B261ECC4EE25E<br>File Hash: 88E2340284E8DF8E32EE159BA13D6158C0D712759FC992BCA58DBE4E9B56FC80 | 08/16/2024 09:13:23 | Blacked | 01/25/2019 | 02/22/2019 | PA0002155136 |
| 21 | Info Hash: 7EB0846762F59A25FF6BCD9406ED1D9C0BCD3787<br>File Hash: D8D402A6D2428946DB3830EED7BF53DD562E1780A7BA8DCDA8FD3A6FAB223376 | 08/16/2024 09:09:14 | TushyRaw | 06/25/2024 | 07/15/2024 | PA0002480610 |
| 22 | Info Hash: 275FE958FF5AB575AFC1F83D68653B282D64B6B0<br>File Hash: BECA4597EDB7667FE8DB3B19EF75C4F1CE0F0CD51DFECD4E50C85FC0943AE16E | 08/16/2024 09:08:18 | Blacked | 07/12/2024 | 08/14/2024 | PA0002484823 |
| 23 | Info Hash: D35AF5E8C7C6627C326D7101E26797E570B54269<br>File Hash: FC2CDE4B6C4A78C8FF99B964FE62F19663E65F6D27A430FC5DC55B14F9E9FA17 | 08/16/2024 06:03:30 | Blacked | 08/11/2024 | 08/14/2024 | PA0002484821 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 3301F19621C5B30F59962EC6E2706AE6E4AC4138<br>File Hash:<br>08DBD67A6638C184A34B2C956A764EB43AE293CD92AEE0B98AB4425C19811C8F | 08/16/2024 05:59:16 | Vixen | 12/15/2023 | 01/16/2024 | PA0002449514 |
| 25 | Info Hash: 30F16AD10EF88059DB7F27DB9E75F5E3D6E7E93F<br>File Hash:<br>82786BD722DCC3BA8E40B1F5AE0EA573BE81485172DA928C0129947D5C8928F3 | 08/16/2024 05:57:56 | Blacked | 08/06/2024 | 08/14/2024 | PA0002484881 |
| 26 | Info Hash: 7AC0791EAFF1AF96D3CED6B71AD9CED3E2F8BF32<br>File Hash:<br>4F25F9CD9611C1325D919698D73D9CDB74D4DD8DEFA77BD5977A56516F34EDA5 | 08/12/2024 23:17:55 | Blacked Raw | 02/21/2020 | 03/18/2020 | PA0002241534 |
| 27 | Info Hash: 8193B0575C96C30062D8A05F7CEFAE1FB51A4A3A<br>File Hash:<br>EBD505239D548B9BC074A60F63D83DF46D9A1DCD4A9954F4B2D6EF6AA7A61C56 | 08/12/2024 23:16:35 | Blacked | 11/27/2021 | 02/03/2022 | PA0002341770 |
| 28 | Info Hash: D90BEC6FFCA3A82DDD6B1866DADCF199978C3FC8<br>File Hash:<br>948C851F15FC8C14D4AA7B4494279138D44A05510C75704F858C2892E0AB406C | 08/12/2024 23:00:29 | Blacked | 06/12/2024 | 06/18/2024 | PA0002476932 |
| 29 | Info Hash: 2C0A3EC042773F9E4EA7AD50107B32E815609683<br>File Hash:<br>9DE7D3B2C8E1A131900A8BDB21A89FD8D98F6339DB93E60E0917A323B944D429 | 08/03/2024 16:54:07 | Blacked | 08/01/2024 | 08/14/2024 | PA0002484879 |
| 30 | Info Hash: 1D3EAF91409BCBEB110DC426B6DE7C23D2793E81<br>File Hash:<br>3C840A2C4CCDAE00F3DEA473CB9DF49711F69E5848E599B98E88F8B735A6B7FF | 08/03/2024 16:44:23 | Blacked | 07/22/2024 | 08/14/2024 | PA0002484869 |
| 31 | Info Hash: 79D41F12D7CF855288DC9D95CDA6CAF63279CE9E<br>File Hash:<br>0EB90E62692B0C1DD9048999DD5B439A828D60BA3B32123CC37E2B26462D8122 | 08/03/2024 16:36:10 | Blacked | 07/02/2024 | 07/15/2024 | PA0002480438 |
| 32 | Info Hash: A4BE1EDCF6F8BCDA3E04CE44475EC138A845A495<br>File Hash:<br>4E2E388C48E6E69AF2ED8733816D6524FDFB25069B9C5F25A6EB4B0A468AFB33 | 08/03/2024 16:35:54 | Blacked | 07/07/2024 | 07/15/2024 | PA0002480445 |
| 33 | Info Hash: FDD867F7C8EF69E4DD5BDF4CF0D735CA7D9FDBE5<br>File Hash:<br>AC570D7B47997C38A4A28E7BC38A047B10CBD9F3757BDDA9049CC74A530801AC | 08/03/2024 16:33:38 | Blacked | 07/27/2024 | 08/14/2024 | PA0002484822 |
| 34 | Info Hash: 4E15FE4042564661B9D46A35085A98566E5D1111<br>File Hash:<br>53FD8923728A685D283D12BAC6C65D8E9BE3F6643F6D7CCDBCF0AE6D5A0D2139 | 08/03/2024 16:33:02 | Blacked | 07/17/2024 | 08/14/2024 | PA0002484871 |
| 35 | Info Hash: F3B0C238A7AE3378AF62BABACC369C7CEFE153E7<br>File Hash:<br>15D4B13E782214D10E64CD1A497EBF7D23D1F6E1007CA482AB8C81C7C629D18E | 07/31/2024 18:10:22 | Blacked | 06/07/2024 | 09/04/2024 | PA0002490141 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 189365778432D4D8F2B9E218363E360487D3A3BE<br>File Hash: 7D9202618D9D28BE570CD20C0FA7E95DA31B8739089AD950C82E08FD2F54CBF2 | 07/31/2024 18:07:56 | Blacked | 06/02/2024 | 09/04/2024 | PA0002490168 |
| 37 | Info Hash: A1CDE48229CECA197F3DAA7AFD43A25AA2499049<br>File Hash: F4C3EF3B8B79106492FB337C5EE5B766306AA3CF6FA7993679DCD7CC6AA10485 | 07/31/2024 18:02:58 | Blacked Raw | 07/22/2024 | 08/14/2024 | PA0002484878 |